# EXHIBIT A

## TINA CARROLL

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Pantera | Death Rattle | Reinventing the Steel | 267-228 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Capitol Records, Inc. | Billy Idol | Rebel Yell | Rebel Yell | 52-131 |
| Capitol Records, Inc. | Megadeth | High Speed Dirt | Countdown to Extinction | 175-385 |
| Capitol Records, Inc. | Megadeth | Trust | Cryptic Writings | 179-457 |
| Capitol Records, Inc. | Megadeth | In My Darkest Hour | So Far, So Good...So What! | 93-267 |
| UMG Recordings, Inc. | 3 Doors Down | Life Of My Own | The Better Life | 277-407 |
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| BMG Music | Foo Fighters | Breakout | There Is Nothing Left To Lose | 285-034 |