Carroll.Tina - userlog - 91154475.txt
Log for User at address 68.9.209.19:6348 generated on 9/20/2005 12:56:58 AM EDT (-0400 GMT)
Total Files: 683
-----------------------------
Total Audio Files: 560
Total Video Files: 16
Total Software Files: 0
Total Document Files: 0
-----------------------------
Total Matched Files: 16
Total Distinct Matches: 9

FileName:  Chiffons - Then He Kissed Me - Oldies 50's 60's.mp3 (2,207,744 bytes)
FileName: (Oldies) Chordettes - Mr Sandman (50's).mp3 (2,276,623 bytes)
FileName: 007 - The Darkness - Stuck In A Rut.wma (4,010,342 bytes)
FileName: 02 Children of the Sea.wma (2,715,411 bytes)
FileName: 03 - Children Of Bodom - Bed Of Nails.mp3 (3,782,656 bytes)
FileName: 03 Pressure.mp3 (3,384,720 bytes)
FileName: 03-N.I.B..mp3 (9,335,356 bytes)
FileName: 06 - HIM - H.I.M. - Wicked Game.mp3 (3,913,728 bytes)
FileName: 06 Doin' The Cockroach.mp3 (4,130,816 bytes)
FileName: 08 Clash With Reality.mp3 (5,052,416 bytes)
FileName: 09 Truth Be Told.mp3 (6,803,454 bytes)
FileName: 14 N.I.B..wma (3,062,881 bytes)
FileName: 14-The 69 Eyes & Ville Valo - Lazarus Heart.mp3 (4,239,608 bytes)
FileName: 1961-The Surfaris-Wipe Out-[Original Oldies 60's & 70's].mp3 (1,906,805 bytes)
FileName: 3 Doors Down - Kryptonite.mp3 (3,815,538 bytes)
FileName: 3 Doors Down - Let Me Go (New Single).mp3 (5,672,973 bytes)
FileName: 3 Doors Down - Life Of My Own.mp3 (3,815,933 bytes)
FileName: 3 Doors Down - Loser.mp3 (4,239,232 bytes)
FileName: 3 Doors Down - Seventeen Days - 07 - Behind Those Eyes.mp3 (7,154,558 bytes)
FileName: 3 Doors Down - When I'm Gone.mp3 (6,129,081 bytes)
FileName: 411VM - Jamie Thomas.mpg (7,909,380 bytes)
FileName: 411VM - Skateboarding - Bam Margera - 360 flip to Bluntslide.mpeg (257,602 bytes)
FileName: 80's Styx - Mr. Roboto (Techno Remix).mp3 (5,250,120 bytes)
FileName: ACDC - Back in Black music video.mpg (42,257,402 bytes)
FileName: Alexi Laiho Pentonics 2.wmv (1,461,686 bytes)
FileName: American Hi-Fi - Flavor Of The Week.mp3 (3,069,492 bytes)
FileName: andrew w.k. - SHE IS BEAUTIFUL.mp3 (3,463,209 bytes)
FileName: Andrew WK - I Love NYC.mp3 (3,061,760 bytes)
FileName: Andrew WK - Ready To Die.mp3 (2,801,664 bytes)
FileName: Andrew Wk - The Wolf - 03 - Tear It Up.mp3 (5,659,069 bytes)
FileName: Andrew WK - We Want Fun.mp3 (3,133,440 bytes)
FileName: Atreyu - 06 - The Crimson.mp3 (5,808,256 bytes)
FileName: Atreyu - A Letter To Someone Like You.mp3 (3,187,774 bytes)
FileName: Atreyu - Ain't Love Grand.mp3 (3,572,297 bytes)
FileName: Atreyu - Blood Children.mp3 (1,785,023 bytes)
FileName: Atreyu - Right Side Of The Bed (Music Video).mpg (37,662,724 bytes)
FileName: Atreyu - The Crimson (Music Video).mpg (42,238,700 bytes)
FileName: B.B. King - Got My Mojo Working - (BB King, Muddy Waters & Big Mama Thornton).mp3 (3,647,156 bytes)
FileName: Bay City Rollers - Saturday Night.mp3 (2,804,838 bytes)
FileName: BB King & Eric Clapton - Three o'clock Blues.mp3 (8,267,650 bytes)
FileName: BB King & Muddy Waters - Gonna Shoot You Right Down - With Jimmy Page, Robert Plant & Eric Clapton.mp3 (5,106,852 bytes)
FileName: BB King & Stevie Ray Vaughn - Matchbox Blues.mp3 (3,520,512 bytes)
FileName: BB King - Sweet Little Angel.mp3 (2,918,400 bytes)
FileName: BB King - Why I Sing The Blues (1).mp3 (8,280,160 bytes)
FileName: BB King- Stand By Me.mp3 (2,795,311 bytes)

FileName: Beach Boys - Wipe Out.mp3 (2,531,154 bytes)
FileName: Beastie Boys - Ch-Check it Out.mp3 (4,567,376 bytes)
FileName: Beastie Boys - Triple Trouble (WzR).mpeg (76,908,132 bytes)
FileName: Beastie Boys - Triple Trouble.mp3 (4,312,429 bytes)
FileName: Beastie Boys Ch-Check It Out video.mpeg (37,890,496 bytes)
FileName: Beasty Boys - Brass Monkey Funky.mp3 (2,117,926 bytes)
FileName: Beasty Boys - Fight for Your Right to Party.mp3 (3,325,616 bytes)
FileName: Beasty Boys - Intergalactic Planetary.mp3 (4,061,654 bytes)
FileName: Beasty Boys - No Sleep Till Brooklin.mp3 (3,951,071 bytes)
FileName: Bee Gees - Saturday Night Fever.mp3 (3,413,472 bytes)
FileName: Billy Idol - Devil's Playground - 05 - Plastic Jesus.mp3 (8,099,990 bytes)
FileName: Billy Idol - Devil's Playground - 07 - Yellin At The Xmas Tree.mp3 (7,996,903 bytes)
FileName: Billy Idol - Devil's Playground - 10 - Evil Eye.mp3 (6,547,596 bytes)
FileName: Billy Idol - Devils Playground - Scream.mp3 (6,820,637 bytes)
FileName: Billy Idol - Rebel Yell.mp3 (4,606,874 bytes)
FileName: Billy Idol- Summer Running.mp3 (7,092,710 bytes)
FileName: Billy Joel - Piano Man.mp3 (5,372,447 bytes)
FileName: Black Label Society - Counterfeit God.mp3 (6,192,738 bytes)
FileName: Black Label Society - 08 - House of Doom.mp3 (5,496,832 bytes)
FileName: black label society - all for you.mp3 (5,744,640 bytes)
FileName: Black Label Society - Bleed For Me (live).MPG (62,406,604 bytes)
FileName: Black Label Society - Counterfeit God.mp3 (4,134,999 bytes)
FileName: Black Label Society - Crazy or high.mp3 (5,206,151 bytes)
FileName: Black Label Society - Evil Ways.mp3 (4,055,544 bytes)
FileName: Black Label Society - Machine Gun Man (live).mpg (51,662,520 bytes)
FileName: Black Label Society - Spoke in the Wheel.mp3 (4,067,995 bytes)
FileName: black label society - stillborn-twistid-pgv.mpg (36,305,528 bytes)
FileName: Black Label Society - Suffering Overdue.mp3 (6,466,356 bytes)
FileName: Black Label Society [Zakk Wylde] - Snowblind.mpg (6,721,536 bytes)
FileName: Black Sabath - Parinoid.mp3 (2,015,232 bytes)
FileName: Black Sabath-Hand of Doom.mp3 (6,873,884 bytes)
FileName: Black Sabbath - Heaven And Hell.mp3 (6,697,224 bytes)
FileName: Black Sabbath - Into The Void.mp3 (5,940,571 bytes)
FileName: Black Sabbath - NIB.mp3 (5,738,496 bytes)
FileName: Black Sabbath - Sabath Bloody Sabbath.mp3 (8,175,576 bytes)
FileName: Black Sabbath - Snowblind.mp3 (5,344,734 bytes)
FileName: Black Sabbath - Supernaut.mp3 (4,462,732 bytes)
FileName: Black Sabbath - Sweet Leaf.mp3 (4,866,388 bytes)
FileName: Black Sabbath - The Wizard.mp3 (4,239,360 bytes)
FileName: Black Sabbath - War Pigs(1).mp3 (7,643,136 bytes)
FileName: Black Sabboth - Faries Wear Boots.mp3 (5,427,328 bytes)
FileName: black_label_society-suicide_messiah-MuD-HDP.mpg (53,076,057 bytes)
FileName: Blind Melon - No Rain.mp3 (3,508,477 bytes)
FileName: Buddy Guy & Jeff Beck - Mustang Sally.mp3 (4,479,143 bytes)
FileName: Buddy Guy - Damn Right I've Got the Blues.mp3 (4,350,442 bytes)
FileName: Buddy Guy - I've Got My Eyes on You.mp3 (10,070,562 bytes)
FileName: Buddy Holly - Earth Angel.mp3 (2,919,860 bytes)
FileName: Cake - Short Skirt Long Jacket.mp3 (4,985,085 bytes)
FileName: Carcass - This Mortal Coil.mp3 (3,682,304 bytes)
FileName: Cheap Trick - Cleveland Rocks.mp3 (2,441,344 bytes)
FileName: Children of Bodom - Red Light In My Eyes.mp3 (4,291,833 bytes)
FileName: Children of Bodom - 05 - Angels Don't Kill.mp3 (5,021,744 bytes)
FileName: Children Of Bodom - Alexi Laiho - Guitar Lesson.avi (115,243,886 bytes)
FileName: Children Of Bodom - Bed of Razors.mp3 (3,306,144 bytes)
FileName: Children Of Bodom - Black Widow.mp3 (3,817,349 bytes)
FileName: Children of Bodom - Bodom Beach Terror.mp3 (6,602,561 bytes)
FileName: Children of Bodom - Deadnight Warrior.mp3 (3,215,863 bytes)
FileName: Children Of Bodom - Downfall.mp3 (4,447,213 bytes)
FileName: Children of Bodom - Guitar Dual.WMV (5,077,213 bytes)
FileName: Children of Bodom - Hate Me (live).mpg (34,119,684 bytes)
FileName: Children Of Bodom - Hate Me!.mp3 (4,561,146 bytes)
FileName: Children Of Bodom - Hellion.mp3 (2,920,239 bytes)

FileName: Children of Bodom - Lake Bodom.mp3 (3,856,789 bytes)
FileName: Children of Bodom - Lil' Bloodred Ridin' Hood.mp3 (3,275,632 bytes)
FileName: Children Of Bodom - Mask Of Sanity.mp3 (3,819,520 bytes)
FileName: children of bodom - mass hypnosis.mp3 (3,898,785 bytes)
FileName: Children Of Bodom - Needled 24-7.mp3 (5,970,006 bytes)
FileName: Children Of Bodom - Needled 24-7.mpg (53,842,432 bytes)
FileName: Children of bodom - Rebel Yell.mp3 (4,038,656 bytes)
FileName: Children Of Bodom - Repent.mp3 (5,060,006 bytes)
FileName: Children Of Bodom - She is Beautiful.mp3 (3,301,525 bytes)
FileName: Children Of Bodom - Silent Night, Bodom Night (live).asf (13,336,164 bytes)
FileName: Children Of Bodom - Silent Night, Bodom Night.mp3 (4,628,480 bytes)
FileName: Children Of Bodom - Taste Of My Scythe.mp3 (3,844,096 bytes)
FileName: Children Of Bodom - The Final Countdown (Europe cover).mp3 (3,497,482 bytes)
FileName: Children Of Bodom - The Trooper.mp3 (3,154,048 bytes)
FileName: Children of Bodom - You're Better Off Dead! (radio-rip).mp3 (3,830,305 bytes)
FileName: Children Of Bodom-Triple Corpse Hammerblow.mp3 (5,920,937 bytes)
FileName: Chimaira - Down Again.mp3 (6,203,389 bytes)
FileName: Chimaira - Power Trip.mp3 (4,038,866 bytes)
FileName: Cky - Jackass Theme Song.mp3 (1,403,164 bytes)
FileName: CKy2k - Freestyle Chinese Rap.mp3 (2,393,362 bytes)
FileName: cky2k soundtrack Jackass - Shopping Carts Theme (Camp Kill Yourself - 96 Quite Bitter Beings).mp3 (3,229,988 bytes)
FileName: CKY4 - Mustard Man.mp3 (3,169,929 bytes)
FileName: Clutch - A Shogun Named Marcus.mp3 (2,746,752 bytes)
FileName: Clutch - Cowboy Bebop.mp3 (5,058,014 bytes)
FileName: Clutch - Hot Off the Grill.MP3 (3,289,088 bytes)
FileName: Clutch - Immortal.mp3 (3,509,603 bytes)
FileName: clutch - Juggernaut (1).mp3 (3,504,128 bytes)
FileName: Clutch - Pure Rock Fury.mp3 (5,739,253 bytes)
FileName: Clutch - Robot Hive Exodus - 03 - Gullah.mp3 (7,478,857 bytes)
FileName: Clutch - Robot Hive Exodus - 05 - Pulaski Skyway.mp3 (7,287,193 bytes)
FileName: Clutch - Robot Hive Exodus - 07 - 10001110101.mp3 (7,904,442 bytes)
FileName: Clutch - Robot Hive Exodus - 08 - Small Upsetters.mp3 (4,191,666 bytes)
FileName: Clutch - Robot Hive Exodus - 10 - Tripping The Alarm.mp3 (3,619,406 bytes)
FileName: Clutch - Robot Hive Exodus - 13 - Circus Maximus.mp3 (6,439,919 bytes)
FileName: Clutch - Rock & Roll Outlaw.mp3 (2,873,138 bytes)
FileName: Clutch - The Elephant Riders.mp3 (3,719,714 bytes)
FileName: Clutch - The Mob Goes Wild-384.wmv (10,497,785 bytes)
FileName: Cold - Stupid Girl.mp3 (3,039,232 bytes)
FileName: Comedy Central Presents - Dane Cook.mpg (98,952,216 bytes)
FileName: Comedy Central Presents - Jim Breuer.WMV (30,819,311 bytes)
FileName: Commodores - Easy Like Sunday Morning.mp3 (4,192,250 bytes)
FileName: Coq Roq - Bob Your Head.mp3 (1,841,238 bytes)
FileName: Coq Roq - Cross the Road.mp3 (1,387,289 bytes)
FileName: Coq Roq - Nice Box.mp3 (2,553,342 bytes)
FileName: Coq Roq - One Armed Bandit.mp3 (2,064,428 bytes)
FileName: Cradle Of Filth - English Fire.mp3 (8,308,880 bytes)
FileName: Damage Plan - Caged In A Rage.mp3 (3,230,080 bytes)
FileName: Damage Plan - Explode.mp3 (4,644,171 bytes)
FileName: Damage Plan - Save Me.mp3 (5,179,392 bytes)
FileName: danger doom-05 bizzy box feat. cee-lo.mp3 (4,389,787 bytes)
FileName: dangerdoom - 05 - bizzy box (ft. cee-lo).mp3 (4,333,525 bytes)
FileName: Danzig - 02 - the violet fire.mp3 (4,777,412 bytes)
FileName: Danzig - Am I Demon.mp3 (4,757,504 bytes)
FileName: danzig - blood and tears.mp3 (5,200,062 bytes)
FileName: Danzig - End Of Time.mp3 (3,886,350 bytes)
FileName: Danzig - How The Gods Kill.mp3 (7,165,348 bytes)
FileName: Danzig - Kiss The Skull.mp3 (6,008,832 bytes)
FileName: Danzig - Mother.mpg (46,048,004 bytes)
FileName: Danzig - Not Of This World.mp3 (3,545,010 bytes)

FileName: Danzig - Thirteen.mp3 (4,107,670 bytes)
FileName: Dave Mustaine (Megadeth) GuitarOne Interview& Lessons 2004.mpg (43,334,383 bytes)
FileName: Def Lepard - Pyromania.mp3 (3,981,312 bytes)
FileName: Dick Dale & Gary Hoey - Wipeout.mp3 (3,359,028 bytes)
FileName: Dick Dale - California Sun.mp3 (3,182,720 bytes)
FileName: Dick Dale - Comanche.mp3 (2,568,333 bytes)
FileName: Dick Dale - Flight of the Bumblebee.mp3 (1,008,568 bytes)
FileName: Dick Dale - Miserlou.mp3 (2,144,240 bytes)
FileName: Dick Dale - Nitro.mp3 (3,196,902 bytes)
FileName: Dick Dale - Surf Rider (Pulp Fiction).MP3 (3,162,112 bytes)
FileName: Disturbed - A Welcome Burden.mp3 (3,382,091 bytes)
FileName: Faith No More - Easy Like Sunday Morning.mp3 (3,003,454 bytes)
FileName: FatBoy Slim - Weapon of Choice.mp3 (5,568,512 bytes)
FileName: Foo Fighters - Best of You.mp3 (4,062,879 bytes)
FileName: Foo Fighters - Big Me.mp3 (2,124,323 bytes)
FileName: Foo Fighters - Breakout.mp3 (3,246,767 bytes)
FileName: Foo Fighters - Everlong.mp3 (8,035,560 bytes)
FileName: Foo Fighters - Exhausted.mp3 (5,523,808 bytes)
FileName: Foo Fighters - Have A Cigar.mp3 (3,807,616 bytes)
FileName: Foo Fighters - Monkey Wrench.mp3 (3,703,536 bytes)
FileName: foo fighters - The One.mp3 (2,627,837 bytes)
FileName: Freddy vs Jason Soundtrack - 09 - Leech - Sevendust.mp3 (6,502,109 bytes)
FileName: Freddy vs Jason Soundtrack - 13 - Inside The Cynic - Stone Sour.mp3 (4,882,099 bytes)
FileName: Freddy vs Jason Soundtrack - 14 - Swinging The Dead - Devildriver.mp3 (5,233,812 bytes)
FileName: From Autumn to Ashes - Short Stories With Tragic Endings.mp3 (9,029,590 bytes)
FileName: From Autumn to Ashes - Too Bad You're Beautiful.mp3 (3,915,859 bytes)
FileName: f_i_r_e _i_t _u_p.wmv (109,318 bytes)
FileName: Gorillaz - Demon Days - 13 - Fire Coming Out of a Monkey's Head.mp3 (3,146,772 bytes)
FileName: Guitar Lesson - Marty Friedman (Megadeth) MQ.mpg (309,522,712 bytes)
FileName: Guitar Lessons - Gun's n' Roses Slash .avi (3,232,884 bytes)
FileName: Guitar Lessons - Steve Vai.mpg (2,945,945 bytes)
FileName: Guitar Lessons-Zakk Wylde Guitar Lesson.asf (26,327,029 bytes)
FileName: Guns n' Roses - Slash - live solo somewhere.asf (2,591,514 bytes)
FileName: Guns N' Roses - Welcome To The Jungle [MTV VMA 1988].mpg (62,817,720 bytes)
FileName: HIM - Beyond Redemption.mp3 (6,436,332 bytes)
FileName: Him - Endless dark.mp3 (8,062,153 bytes)
FileName: HIM - Love Metal - 07 - This Fortress of Tears.mp3 (8,327,755 bytes)
FileName: HIM - Right Here In My Arms.mpg (37,933,357 bytes)
FileName: HIM - Rip out the wings of a Butterfly.mp3 (4,254,346 bytes)
FileName: HIM - Wicked Game (Uncensored Video).mpg (37,771,972 bytes)
FileName: HIM - Your Sweet 666.mp3 (4,044,944 bytes)
FileName: HIM-CKY, HIM - Bam Margera's song.mp3 (1,355,199 bytes)
FileName: Himsa - The Great Depression.mp3 (2,570,240 bytes)
FileName: Ill Nino - This Times For Real.mp3 (4,969,923 bytes)
FileName: Iron Maiden - Aces High.mp3 (4,370,307 bytes)
FileName: Iron Maiden - The ripper TRIBUTE TO JUDAS PRIEST.mp3 (2,514,248 bytes)
FileName: Jack Black - School of Rock.mp3 (5,057,940 bytes)
FileName: Jackass - Party Boy Song.mp3 (2,364,336 bytes)
FileName: Jamie Thomas - Leap of Faith.mpeg (1,177,604 bytes)
FileName: Jane's Addiction - Just Because.mp3 (5,656,973 bytes)
FileName: Janes Addiction - Been Caught Stealing.mp3 (3,404,823 bytes)
FileName: Janes Addiction - I'm not An Addict.mp3 (4,039,314 bytes)
FileName: Janes Addiction - Jane Says.mp3 (4,580,832 bytes)
FileName: Jimi Hendrix - Foxy Lady.mp3 (3,212,818 bytes)
FileName: Jimmy Hendrix - All Along The Watch Tower.mp3 (3,852,288 bytes)
FileName: Jimmy Hendrix - American Women (Original).mp3 (7,314,414 bytes)
FileName: Joey Ramone & The Misfits - Blitzkrieg Bop.mpg (1,792,336 bytes)

FileName: John Williams- Star Wars- Episode I- The Phantom Menace- Duel Of The Fates.mp3 (4,073,121 bytes)
FileName: Judas Priest - Electric Eye (Live).mpg (42,952,168 bytes)
FileName: Judas Priest - Hell bent for leather (Live).mpg (52,099,432 bytes)
FileName: Judas Priest - Metal Gods.mp3 (3,847,452 bytes)
FileName: Judas Priest - Metal Meltdown.mp3 (4,845,568 bytes)
FileName: Judas Priest - Unleashed In The East (Live In Japan) - The Ripper.mp3 (2,585,138 bytes)
FileName: Judist Priest - The Ripper.mp3 (2,597,744 bytes)
FileName: Kansas - Don't You Cry No More.mp3 (5,165,591 bytes)
FileName: Killswitch Engaged - Fixation on the Darkness.mp3 (5,237,219 bytes)
FileName: Killswitch Engaged - When Darkness Falls.mp3 (5,818,118 bytes)
FileName: King Diamond - Abigail.mp3 (3,491,236 bytes)
FileName: king diamond - black horsemen.mp3 (9,199,616 bytes)
FileName: King Diamond - Conspiracy - Cremation.mp3 (4,040,792 bytes)
FileName: King Diamond - Family Ghost.mp3 (3,938,388 bytes)
FileName: King Diamond - No Presents For Christmas.mp3 (5,290,028 bytes)
FileName: King Diamond - Sleepless Nights.mp3 (3,672,562 bytes)
FileName: Kiss - Deuce.mp3 (3,766,708 bytes)
FileName: Kiss - Black Diamond.mp3 (4,969,117 bytes)
FileName: Kiss - Cold Gin.mp3 (4,234,765 bytes)
FileName: Kiss - Detroit Rock City.mp3 (4,731,144 bytes)
FileName: KISS - God Gave Rock and Roll To You.mp3 (5,176,066 bytes)
FileName: Kiss - Hotter Than Hell.mp3 (3,389,568 bytes)
FileName: Kiss - I Wanna Rock and Roll All Night.mp3 (3,934,377 bytes)
FileName: Kiss - Shout It Out Loud.mp3 (2,701,742 bytes)
FileName: kiss - Strutter.mp3 (3,233,595 bytes)
FileName: Lamb of God - Black Label.mp3 (4,671,553 bytes)
FileName: leap of faith landed-jamie thomas.WMV (916,867 bytes)
FileName: Limp Bizkit, KoRn, and Vanilla Ice - Ice Ice Baby (Hardcore Remix) 1.mp3 (2,357,376 bytes)
FileName: Lynyrd Skynyrd - Black Betty.mp3 (5,768,220 bytes)
FileName: Mega death - Mastermind.mp3 (3,650,546 bytes)
FileName: Megadeath (so far so good) - Mary Jane.mp3 (4,276,101 bytes)
FileName: Megadeath - 99 Ways To Die.mp3 (4,016,980 bytes)
FileName: megadeath - holy wars.mp3 (6,312,048 bytes)
FileName: megadeath - killing is my business.mp3 (2,910,377 bytes)
FileName: Megadeath - No More Mr. Nice Guy.mp3 (2,908,288 bytes)
FileName: Megadeath - Peace Sells.mp3 (3,874,459 bytes)
FileName: Megadeath - Wake Up Dead.mp3 (3,536,896 bytes)
FileName: Megadeath - Youthanasia.mp3 (5,996,544 bytes)
FileName: Megadeth & Metallica - Hunger (Unreleased).mp3 (5,439,862 bytes)
FileName: Megadeth - 99 Ways To Die.mpg (51,873,936 bytes)
FileName: Megadeth - Almost Honest.mp3 (3,898,462 bytes)
FileName: Megadeth - Anarchy In The UK.mpg (31,922,464 bytes)
FileName: Megadeth - Angry Again.mp3 (3,663,874 bytes)
FileName: Megadeth - Bad Omen.mp3 (3,927,072 bytes)
FileName: Megadeth - Battery (Metallica Cover).mp3 (5,262,235 bytes)
FileName: Megadeth - Crush 'Em.mp3 (4,764,862 bytes)
FileName: Megadeth - Foreclosure Of A Dream.mpg (47,450,116 bytes)
FileName: Megadeth - Hangar 18.mpg (67,451,776 bytes)
FileName: Megadeth - High Speed Dirt.mp3 (4,046,848 bytes)
FileName: Megadeth - Holy Wars.mp3 (6,312,048 bytes)
FileName: megadeth - holy wars.mpg (68,425,532 bytes)
FileName: Megadeth - In My Darkest Hour.mp3 (6,025,344 bytes)
FileName: Megadeth - In My Darkest Hour.mpg (53,812,220 bytes)
FileName: Megadeth - Last Rites.mp3 (4,456,563 bytes)
FileName: Megadeth - Mechanix.mp3 (4,177,724 bytes)
FileName: MEGADETH - Moto Psycho.mp3 (3,268,608 bytes)
FileName: Megadeth - New World Order.mp3 (3,638,173 bytes)
FileName: Megadeth - No More Mr. Nice Guy.mpg (28,387,332 bytes)
FileName: Megadeth - Peace Sells but Who's Buying.mpg (31,032,372 bytes)
FileName: Megadeth - Silent Scorn.mp3 (1,651,736 bytes)

FileName: Megadeth - Skin of my teeth.mpg (38,799,180 bytes)
FileName: Megadeth - Sweating Bullets.mpg (43,126,788 bytes)
FileName: Megadeth - Symphony of Destruction.mpg (35,313,676 bytes)
FileName: Megadeth - The System Has Failed - 01 - Blackmail The Universe.mp3 (8,304,320 bytes)
FileName: Megadeth - The System Has Failed - 02 - Die Dead Enough.mp3 (7,923,859 bytes)
FileName: Megadeth - The System Has Failed - 03 - Kick The Chair.mp3 (7,320,545 bytes)
FileName: Megadeth - The System Has Failed - 05 - Tears In A Vial.mp3 (9,978,703 bytes)
FileName: Megadeth - The System Has Failed - 07 - Back in the Day.mp3 (6,371,338 bytes)
FileName: Megadeth - The System Has Failed - 08 - Something Im Not.mp3 (9,044,407 bytes)
FileName: Megadeth - The System Has Failed - 10 - Of Mice And Men.mp3 (7,041,695 bytes)
FileName: Megadeth - The World Needs A Hero - 04 - 1000 Times Goodbye.mp3 (5,967,872 bytes)
FileName: Megadeth - Trust.mp3 (4,964,896 bytes)
FileName: Megadeth - Wake Up Dead.mpg (41,952,848 bytes)
FileName: Merciful fate - A Dangerous Meeting.mp3 (4,944,125 bytes)
FileName: Mercyful Fate - A Corpse Without a Soul.mp3 (9,989,468 bytes)
FileName: mercyful fate - melissa.mp3 (8,003,584 bytes)
FileName: Mercyful Fate - The Oath.mp3 (7,241,728 bytes)
FileName: Metalica - Wiskey In The Jar.mp3 (4,878,803 bytes)
FileName: Metallica & Megadeth - ( Rare ) Buried Alive.mpe (2,427,507 bytes)
FileName: Metallica - Battery.mp3 (4,946,044 bytes)
FileName: Metallica - Ozzy Fudd the rabbit slayer.MP3 (2,191,488 bytes)
FileName: Metallica - Sabbra Cadabra.mp3 (6,048,118 bytes)
FileName: Metallica - Star Wars Imperial March.mp3 (2,659,460 bytes)
FileName: MF Doom-DangerDoom-14-Bada Bing.mp3 (6,605,531 bytes)
FileName: Mighty Mighty Bosstones - A Jacknife To A Swan.mp3 (4,042,918 bytes)
FileName: Mighty Mighty Bosstones - Enter Sandman Live.mp3 (2,848,768 bytes)
FileName: Misfits - Dig up her bones.mpg (10,390,770 bytes)
FileName: Misfits - helena (live).mpg (14,088,196 bytes)
FileName: Misfits - Interview in Japan.mpeg (3,119,108 bytes)
FileName: Misfits - Live 1981 Glenn Danzig Vocals.mpg (18,939,904 bytes)
FileName: Misfits - Mother.mp3 (3,278,053 bytes)
FileName: Misfits - Scream.mpg (30,225,136 bytes)
FileName: Misfits - Teenagers from mars.mp3 (2,445,662 bytes)
FileName: Modest Mouse - Float On.mp3 (6,044,438 bytes)
FileName: Modest Mouse - Talking Shit About A Pretty Sunset.mp3 (5,605,376 bytes)
FileName: Modest Mouse - The Ocean Breaths Salty.mp3 (7,172,180 bytes)
FileName: Mushroom Head - Sun Doesnt Rise.mp3 (4,726,247 bytes)
FileName: Nickel Back & Kid Rock - Saturday Nights Alright (for Fighting).mp3 (5,384,415 bytes)
FileName: Nickelback - Saturday Night.mp3 (5,384,927 bytes)
FileName: nitro.wav (119,852 bytes)
FileName: NOFX-Punk Covers - Build Me Up Buttercup.mp3 (2,556,032 bytes)
FileName: Oldies - Chubby Checkers - The Twist (50's & 60's).mp3 (2,502,656 bytes)
FileName: Ozzy Osborne - Bark At The Moon.mp3 (4,113,256 bytes)
FileName: Ozzy Osborne - Crazy Train.mp3 (4,765,696 bytes)
FileName: Ozzy Osborne - Mr. Crawley.mp3 (4,748,144 bytes)
FileName: Ozzy Osbourne - Flying High Again.mp3 (4,529,952 bytes)
FileName: Ozzy Osbourne - Hellraiser.mp3 (4,696,317 bytes)
FileName: Ozzy Osbourne - No More Tears.mp3 (7,110,656 bytes)
FileName: Ozzy Osbourne - Stayin Alive (Bee Gees Cover, with Dweezil Zappa, Nuno Bettencourt, Zakk Wylde, Warren deMartini, Steve Lukather and Tim Pierce.mp3 (4,593,441 bytes)
FileName: Ozzy Ozbourne - I Don't Know.mp3 (5,066,752 bytes)
FileName: Pantara - Dallas Stars Fight Song.mp3 (1,036,506 bytes)
FileName: Pantera - 5 Minutes Alone.mp3 (5,559,403 bytes)

FileName: Pantera - A New Level.mp3 (3,791,028 bytes)
FileName: Pantera - Becoming.mp3 (2,954,125 bytes)
FileName: Pantera - Cemetery Gates.mp3 (6,767,595 bytes)
FileName: Pantera - Cowboys From Hell .mpeg (42,945,020 bytes)
FileName: Pantera - Cowboys From Hell.mp3 (3,950,797 bytes)
FileName: Pantera - Floods.mp3 (6,720,008 bytes)
FileName: Pantera - Goddamn Electric.mp3 (4,755,612 bytes)
FileName: Pantera - Mission Impossible Theme (Heavy Metal Remix).MP3 (1,277,701 bytes)
FileName: Pantera - Primal Concrete Sledge.mp3 (2,123,492 bytes)
FileName: Pantera - Regular People.mp3 (5,240,458 bytes)
FileName: Pantera - The Sleep.mp3 (8,338,580 bytes)
FileName: Pantera - This Love.mp3 (6,282,762 bytes)
FileName: pantera- ill cast a shadow.mp3 (5,189,632 bytes)
FileName: Powerman 5000 - Drop the Bombshell.mp3 (3,108,072 bytes)
FileName: Powerman 5000 - Nobodys Real.mp3 (4,176,167 bytes)
FileName: Powerman 5000 - When Worlds Colide.mp3 (2,856,373 bytes)
FileName: punk-ska covers- Bohemian Rapsody.mp3 (5,697,536 bytes)
FileName: Queen - Bohemian Rapsody.mp3 (5,727,290 bytes)
FileName: Queen - Fat Bottomed Girls.mp3 (4,102,687 bytes)
FileName: Queen - I Want to Ride My Bicycle.mp3 (2,914,560 bytes)
FileName: Real Big Fish - Sell Out.mp3 (3,639,298 bytes)
FileName: Reel Big Fish - Beer.mp3 (3,358,302 bytes)
FileName: Reel Big Fish - Dateless Losers.mp3 (3,432,280 bytes)
FileName: Reel Big Fish - Trendy.mp3 (2,291,126 bytes)
FileName: Rob Zombie - Never Going To Stop.mp3 (2,737,761 bytes)
FileName: Rob Zombie - Return Of The Phantom Stranger.mp3 (4,346,861 bytes)
FileName: Rob Zombie - What Lurks On Channel X.mp3 (2,424,082 bytes)
FileName: rodney mullen 12 years old.mpg (13,662,212 bytes)
FileName: Rodney Mullen Leap of Faith.mpeg (1,177,604 bytes)
FileName: Roger Alan Wade - If You're Gonna Be Dumb (Jackass the Movie).mp3 (2,953,198 bytes)
FileName: Skateboard - How To Ollie.mpg (860,446 bytes)
FileName: Skateboard - How to pop shuv it.mpg (654,296 bytes)
FileName: skateboard - trick tips how to do a kickflip 2.mpg (583,366 bytes)
FileName: Skateboarding - Bam Margera Element Tour - Shove It 5050.mpg (658,837 bytes)
FileName: Skateboarding - Bam Margera Skate Video.wmv (10,378,973 bytes)
FileName: Skateboarding - How to Hardflip.mpeg (540,688 bytes)
FileName: Skateboarding - How To Heelflip.mpg (552,494 bytes)
FileName: Skateboarding - How to kickflip.mpg (583,366 bytes)
FileName: Skateboarding - Rodney Mullen- Freestyle Juggle.mpg (503,812 bytes)
FileName: skateboarding- rodney mullen - highest ollie ever(43.5 inches).mpeg (827,396 bytes)
FileName: Skindred - Damage.mp3 (2,199,552 bytes)
FileName: Skindred - Falling Down.mp3 (3,083,371 bytes)
FileName: Skindred - Nobody.mp3 (3,786,378 bytes)
FileName: Skindred - ruffneck.mp3 (3,022,767 bytes)
FileName: Skindred - Together.mp3 (8,136,916 bytes)
FileName: Slayer - Angel of Death.mp3 (4,669,568 bytes)
FileName: Slayer - God Hates Us All.mp3 (5,639,175 bytes)
FileName: Slayer - Hand Of Doom.mp3 (5,049,782 bytes)
FileName: Slayer - Here Comes the Pain.mp3 (4,247,680 bytes)
FileName: Slayer - Jesus Saves.mp3 (2,787,497 bytes)
FileName: Slayer - Payback.mp3 (2,928,899 bytes)
FileName: Slayer - Raining Blood (Monsters Of Rock).mpg (35,629,060 bytes)
FileName: Slayer - Silent Scream.mp3 (2,957,312 bytes)
FileName: Slayer-Bloodline.mpeg (38,827,068 bytes)
FileName: Soundgarden - Outshined.mp3 (4,968,280 bytes)
FileName: Soundtrack - Ghost Ship - Go to Hell - Megadeth.mp3 (4,284,108 bytes)
FileName: Spineshank - Forgotten.mp3 (4,779,908 bytes)
FileName: Spineshank - New Disease.mp3 (3,113,796 bytes)
FileName: Spineshank - Perfect Ending.mp3 (3,651,712 bytes)

FileName: Spineshank - Smothered.mp3 (3,020,016 bytes)
FileName: Spineshank - Synthetic.mp3 (3,031,585 bytes)
FileName: Star Wars - Duel of the Fates (1).mp3 (4,073,121 bytes)
FileName: Star Wars - Theme Song.mp3 (5,622,122 bytes)
FileName: Static-X - Cold.mp3 (3,524,390 bytes)
FileName: Steve Vai - Beethoven's 5th.mp3 (3,268,150 bytes)
FileName: Steve Vai - Fire Garden Suite.mp3 (9,538,213 bytes)
FileName: Steve Vai - Speed Metal Symphony.mp3 (9,170,630 bytes)
FileName: Stevie Ray Vaughn & Dick Dale - Pipeline.mp3 (3,581,952 bytes)
FileName: Styx - Mr. Roboto.mp3 (5,270,624 bytes)
FileName: SUICIDE MESSIAH MUSIC VIDEO.WMV (93,288 bytes)
FileName: Sum 41 - Still Waiting.mp3 (3,781,194 bytes)
FileName: Sum 41- The Hell Song.mp3 (3,973,342 bytes)
FileName: Sum41 - In Too Deep.mp3 (3,315,712 bytes)
FileName: System of a Down - Guitar Lesson Interview With Daron Malakian.asf (31,701,711 bytes)
FileName: The 69 Eyes (feat. Ville Valo) - All American Dream.mp3 (4,197,826 bytes)
FileName: The 69 Eyes - Crashing High.mp3 (5,619,978 bytes)
FileName: the 69 eyes - framed in blood.mp3 (5,396,831 bytes)
FileName: the 69 eyes - Mr. Pain.mp3 (2,319,929 bytes)
FileName: The 69 Eyes - Stolen Season.mp3 (6,547,161 bytes)
FileName: the 69 eyes - the chair.mp3 (3,827,712 bytes)
FileName: The 69 Eyes - Wasting the Dawn.mp3 (5,152,768 bytes)
FileName: the 69 eyes - wrap your troubles in dreams.mp3 (4,656,449 bytes)
FileName: The Best of Rodney Mullen.WMV (11,486,498 bytes)
FileName: The Darkness - Givin' Up.mp3 (3,479,220 bytes)
FileName: The Darkness - Black Shuck.mp3 (4,837,143 bytes)
FileName: The Darkness - Get Your Hands Off My Woman.mp3 (3,339,509 bytes)
FileName: The Darkness - Growing On Me.mp3 (4,597,355 bytes)
FileName: The Darkness - Holding My Own.mp3 (7,129,236 bytes)
FileName: The Darkness - I Believe In a Thing Called Love.mp3 (5,497,332 bytes)
FileName: The Doors - Love Me Two Times.mp3 (3,135,584 bytes)
FileName: The Gorillaz - Feel Good Inc.mp3 (3,576,218 bytes)
FileName: The Mighty Mighty Bosstones - High School Dance.mp3 (2,772,535 bytes)
FileName: The Mighty Mighty Bosstones - Mr. Moran.mp3 (2,957,890 bytes)
FileName: The Misfits - Braineaters (Video w Danzig).mpg (2,658,308 bytes)
FileName: The Misfits - Hybrid Moments video.wmv (107,213 bytes)
FileName: The Who - My generation.mp3 (4,904,838 bytes)
FileName: The Who - Pinball Wizard - (Classic Rock) 60's-70's .mp3 (2,898,324 bytes)
FileName: Thin Lizzy - Wiskey in a Jar.mp3 (5,522,189 bytes)
FileName: Three Doors Down - Duck And Run.mp3 (5,528,960 bytes)
FileName: Trivium - Fugue.mp3 (4,347,739 bytes)
FileName: turbonegro - Get It On.MPG (60,513,440 bytes)
FileName: Turbonegro - The Age of Pamparius.mpg (106,585,440 bytes)
FileName: Twisted Sister - We're Not Gonna Take It.mp3 (3,483,271 bytes)
FileName: Twisted Sister - You Can't Stop Rock 'N' Roll.mp3 (4,524,032 bytes)
FileName: Twisted Sisters - I wanna rock.mp3 (2,931,113 bytes)
FileName: U2 VERTIGO (THE NEW SONG) Very good sound.mp3 (6,066,186 bytes)
FileName: UFO - Lights Out.mp3 (5,438,822 bytes)
FileName: Video - Jackass - Wee-man - Oompa Loompa - Skateboarding.mpg (14,683,032 bytes)
FileName: video - Zakk Wylde Black Label Society - counterfeit god.mpg (47,314,316 bytes)
FileName: Video_Skateboarding Bam Margera element tour kgrind.mpeg (624,441 bytes)
FileName: Viva LA Bam Theme--The King of Rock'n Roll.mp3 (2,847,939 bytes)
FileName: Whigfield - Saturday Night.mp3 (4,269,871 bytes)
FileName: Zakk Wylde & Les Paul - Jammin.mpg (5,488,825 bytes)
FileName: Zakk Wylde - Pentatonic Hardcore - Guitar lessons.mpg (585,099,273 bytes)
FileName: zakk_wylde_&_slash_voodoo_chile_1994_10.03.mpg (145,684,484 bytes)
FileName: Zebrahead - Alone.mp3 (2,194,581 bytes)
FileName: Zebrahead - Get Back.mpg (36,551,872 bytes)
FileName:
[Children.Of.Bodom].Alexi.Laiho.-.Passage.to.the.Reaper.[Video.Lesson.Guitar.DVD].mp

g (159,596,052 bytes)
FileName: 01 Noise Brigade.m4a (2,047,249 bytes)
FileName: 03 Lights Out.wma (854,371 bytes)
FileName: 12 1-2-8.m4a (2,583,387 bytes)
FileName: Mighty Mighty Bosstones - All Things Considered.mp3 (5,798,826 bytes)
FileName: Mighty Mighty Bosstones - Almost Anyhthing Goes.wma (4,043,410 bytes)
FileName: Mighty Mighty Bosstones - Another Drinking Song.mp3 (3,665,994 bytes)
FileName: Mighty Mighty Bosstones - At It Again.mp3 (2,486,379 bytes)
FileName: Mighty Mighty Bosstones - Illegal Left.wma (3,105,492 bytes)
FileName: Mighty Mighty Bosstones - Last Dead Mouse.wma (3,511,724 bytes)
FileName: Mighty Mighty Bosstones - Royal Oil.mp3 (2,545,875 bytes)
FileName: Mighty Mighty Bosstones - Simmer Down.mp3 (3,397,676 bytes)
FileName: Mighty Mighty Bosstones - Someday I Suppose.mp3 (3,299,038 bytes)
FileName: Mighty Mighty Bosstones - Toxic Toast.mp3 (3,598,638 bytes)
FileName: Mighty Mighty Bosstones - Where Did You Go [Clueless Soundtrack].mp3 (3,313,624 bytes)
FileName: Mighty Mighty BossTones - Why Can't We Be Friends.mp3 (3,976,944 bytes)
FileName: Mighty Mighty Bosstones- So Sad to Say.mp3 (4,561,048 bytes)
FileName: mighty mighty bosstones- That Bug Bit Me.mp3 (5,098,156 bytes)
FileName: mighty mighty bosstones-Nevermind Me.mp3 (3,256,363 bytes)
FileName: Mighty Mighty Bosstones-Wake Up Call.mp3 (4,438,271 bytes)
FileName: The Mighty Mighty Bosstones - Break So Easily.mp3 (2,646,395 bytes)
FileName: The Mighty Mighty Bosstones - Sugar Free.mp3 (2,602,506 bytes)
FileName: Fu Manchu - California Crossing.mp3 (5,175,296 bytes)
FileName: Fu Manchu - Eatin' Dust.mp3 (3,003,295 bytes)
FileName: Fu Manchu - Evil Eye.mp3 (3,373,984 bytes)
FileName: Fu Manchu - Godzilla.mp3 (4,464,952 bytes)
FileName: fu manchu - king of the road.mp3 (3,914,222 bytes)
FileName: fu manchu - mongoose.mp3 (5,963,672 bytes)
FileName: fu manchu - over the edge.mp3 (4,837,963 bytes)
FileName: Fu Manchu - Pilot the Dune.mp3 (3,332,056 bytes)
FileName: fu manchu - regal begal.mp3 (2,325,292 bytes)
FileName: Fu Manchu - Squash That Fly.mp3 (2,855,123 bytes)
FileName: fu manchu - weird beard.mp3 (1,702,228 bytes)
FileName: Fu Manchu- Hell on Wheels.mp3 (4,340,084 bytes)
FileName: Let It Ride.mp3 (4,604,751 bytes)
FileName: Zebrahead - Falling Apart.mp3 (4,615,921 bytes)
FileName: Zebrahead - OC Life.mp3 (2,164,807 bytes)
FileName: Zebrahead - Over The Edge.mp3 (4,042,387 bytes)
FileName: Copy (4) of Copy of George Thorogood - Hot Rod Lincoln.mp3 (2,589,719 bytes)
FileName: George Thorogood - Get a Haircut and Get a Real Job.mp3 (4,016,862 bytes)
FileName: george thorogood - Harley Davidson Road Songs- Highway.mp3 (5,573,111 bytes)
FileName: George Thorogood - I Drink Alone.mp3 (4,367,631 bytes)
FileName: George Thorogood - Johnny B. Goode.mp3 (5,747,224 bytes)
FileName: George Thorogood - Summertime Blues.mp3 (2,508,928 bytes)
FileName: George Thorogood - Who Do You Love.mp3 (4,167,808 bytes)
FileName: George thorogood - Willie and the hand jive.mp3 (3,983,488 bytes)
FileName: George Thorogood-Bad To The Bone.mp3 (4,760,181 bytes)
FileName: George Thoroughgood - Move It On Over.mp3 (5,181,369 bytes)
FileName: George Thourogood - Keep Your Hands to Yourself.mp3 (3,299,496 bytes)
FileName: Smokey and the Bandit - Jerry Reed - The Legend.mp3 (3,084,374 bytes)
FileName: 09 Endless Dark.mp3 (8,062,153 bytes)
FileName: HIM - Dont Fear the Reaper.mp3 (6,244,354 bytes)
FileName: HIM - Again (Haggard soundtrack).mp3 (2,533,002 bytes)
FileName: him - Beautiful (Rock Version).mp3 (4,575,862 bytes)
FileName: HIM - Buried Alive By Love.mp3 (4,819,919 bytes)
FileName: HIM - Circle Of Fear.mp3 (7,859,471 bytes)
FileName: HIM - Dark Light - Vampire Heart.mp3 (3,881,527 bytes)
FileName: HIM - Heaven Tonight.mp3 (3,182,845 bytes)
FileName: HIM - In Joy and Sorrow.mp3 (3,843,134 bytes)
FileName: HIM - Join me.mp3 (3,500,118 bytes)

FileName: HIM - One Last Time.mp3 (4,974,177 bytes)
FileName: HIM - Poison Girl.mp3 (3,693,591 bytes)
FileName: HIM - Pretending.mp3 (4,095,618 bytes)
FileName: HIM - Razorblade Kiss.mp3 (4,132,030 bytes)
FileName: HIM - rebel yell.mp3 (5,008,073 bytes)
FileName: HIM - Resurrection.mp3 (3,508,269 bytes)
FileName: HIM - Right Here In My Arms.mp3 (3,898,350 bytes)
FileName: HIM - Serpent Ride.mp3 (4,249,566 bytes)
FileName: HIM - Solitary Man.mp3 (5,193,060 bytes)
FileName: HIM - Soul On Fire.mp3 (5,774,452 bytes)
FileName: HIM - The Beginning Of The End.mp3 (3,959,662 bytes)
FileName: HIM - The Sacrament.mp3 (6,537,896 bytes)
FileName: HIM - Ville Valo & The 69 Eyes - Hand Of God.mp3 (7,162,329 bytes)
FileName: HIM - Wicked Game.mp3 (3,740,123 bytes)
FileName: HIM - You are the one.mp3 (4,940,661 bytes)
FileName: Misfits - 08 Night of the Living Dead.mp3 (2,375,750 bytes)
FileName: Misfits - 1 million years B.mp3 (2,283,799 bytes)
FileName: Misfits - All Hell Breaks Loose.mp3 (1,732,441 bytes)
FileName: Misfits - American Psycho.mp3 (2,028,901 bytes)
FileName: Misfits - American Psycho.mpg (38,875,872 bytes)
FileName: Misfits - Ballroom Blitz.mp3 (3,842,176 bytes)
FileName: Misfits - Dig Up Her Bones.mp3 (2,905,780 bytes)
FileName: Misfits - Don't Open 'Till Doomsday.mp3 (2,529,408 bytes)
FileName: Misfits - Earth AD.mp3 (4,145,823 bytes)
FileName: Misfits - Fuck Cops.mp3 (2,173,056 bytes)
FileName: misfits - hate the living love the dead.mp3 (1,553,052 bytes)
FileName: Misfits - in the doorway.mp3 (1,311,208 bytes)
FileName: Misfits - Last Caress.mp3 (1,818,668 bytes)
FileName: Misfits - London Dungeon.mp3 (2,465,302 bytes)
FileName: Misfits - Monster Mash.mp3 (2,314,731 bytes)
FileName: Misfits - Night of the Living Dead.mp3 (1,966,208 bytes)
FileName: Misfits - Saturday Night.mp3 (2,517,308 bytes)
FileName: Misfits - Static Age.mp3 (1,710,080 bytes)
FileName: Misfits - The Crimson Ghost.mp3 (2,433,089 bytes)
FileName: Misfits - The Forbidden Zone.mp3 (2,292,462 bytes)
FileName: Misfits - The Shining.mp3 (2,822,672 bytes)
FileName: Misfits - Theme for a Jackal.mp3 (2,512,896 bytes)
FileName: Misfits - TV Casualty.mp3 (2,490,496 bytes)
FileName: Misfits - Walk Among Us.mp3 (1,335,305 bytes)
FileName: Misfits - We Are 138.mp3 (1,627,600 bytes)
FileName: misfits - we bite.mp3 (1,171,444 bytes)
FileName: Misfits - Where Eagles Dare.mp3 (2,049,650 bytes)
FileName: Misfits - Witch Hunt.mp3 (1,580,587 bytes)
FileName: The Misfits - Ghouls' Night Out.mp3 (2,366,216 bytes)
FileName: The Misfits - American Nightmare.mp3 (1,642,227 bytes)
FileName: The Misfits - Angelfuck.mp3 (1,548,887 bytes)
FileName: The Misfits - Astro Zombies.mp3 (2,175,895 bytes)
FileName: The Misfits - Attitude.mp3 (1,086,516 bytes)
FileName: the misfits - die, die my darling.mp3 (3,025,422 bytes)
FileName: The Misfits - Dust to Dust.mp3 (2,620,548 bytes)
FileName: The Misfits - Halloween.mp3 (1,798,769 bytes)
FileName: The Misfits - Helena.mp3 (2,392,064 bytes)
FileName: The Misfits - Hybrid Moments.mp3 (2,045,079 bytes)
FileName: The Misfits - Mommy, Can I Go Out And Kill Tonight.mp3 (1,905,600 bytes)
FileName: The Misfits - Scream.mp3 (1,867,776 bytes)
FileName: The Misfits - Skulls.mp3 (1,943,552 bytes)
FileName: the Misfits - Who Killed Marilyn (1).mp3 (1,858,209 bytes)
FileName: Jessica Simpson - These Boots Are Made For Walkin [sweetkissesn.net].mpeg (42,600,452 bytes)
FileName: Ill Nino - How Can I Live.mp3 (4,774,892 bytes)
FileName: Jimi Hendrix - Purple Haze.mp3 (2,776,965 bytes)
FileName: Jimmi Hendrix - Voodoo Child.mp3 (5,007,067 bytes)
FileName: King Diamond - Halloween.mp3 (4,087,640 bytes)

FileName: King Diamond - Meet Me At Midnight.mp3 (4,592,579 bytes)
FileName: King Diamond - The Ripper.mp3 (4,114,560 bytes)
FileName: Pantara- Suicide Note Part 1.mp3 (4,557,095 bytes)
FileName: Pantera - Death Rattle.mp3 (3,211,643 bytes)
FileName: Pantera - Heresy.mp3 (4,590,821 bytes)
FileName: Pantera - Hollow.mp3 (5,534,701 bytes)
FileName: Pantera - The Great Southern Trendkill.mp3 (3,636,707 bytes)
FileName: Pantera-It makes them disappear.mp3 (6,115,206 bytes)
FileName: Slayer - Bloodline.mp3 (4,849,666 bytes)
FileName: Slayer - Expendable Youth.mp3 (4,006,936 bytes)
FileName: Slayer - Raining Blood.mp3 (4,113,222 bytes)
FileName: Slayer - Seasons in the Abyss.mp3 (6,344,329 bytes)
FileName: Slayer - south of heaven.mp3 (4,802,019 bytes)
FileName: Spineshank - Beginning of The End (Freddy vs Jason Soundtrack).mp3 (5,113,439 bytes)
FileName: The Doors - Light My Fire.mp3 (6,828,617 bytes)
FileName: the doors - people are strange(1).mp3 (2,097,319 bytes)
FileName: a Knights Tale - BTO - Takin' Care of Buisness.mp3 (4,713,660 bytes)
FileName: BTO - Let It Ride.mp3 (4,317,709 bytes)
FileName: BTO - Radar Love.mp3 (2,687,104 bytes)
FileName: BTO - She Is Some Kind Of Wonderful.mp3 (2,981,990 bytes)
FileName: Golden Earring - Radar Love.mp3 (6,102,340 bytes)
FileName: Jaws song - Max Bygraves - Show Me The way To Go Home.mp3 (2,936,829 bytes)
FileName: Jerry Reed - Eastbound and Down (Smokey & the Bandit).mp3 (2,705,838 bytes)
FileName: Jim Croce - You Don't Mess Around With Jim.mp3 (2,874,082 bytes)
FileName: Lynard Skynard - Simple Kind of Man.mp3 (5,693,336 bytes)
FileName: Lynyrd Skynyrd - Tuesday's Gone.mp3 (7,185,246 bytes)
FileName: Lynyrd Skynyrd - What's Your Name.mp3 (3,362,310 bytes)
FileName: Norman Greenbaum - Spirit In The Sky (OLDIES 70s).mp3 (4,851,712 bytes)
FileName: RamJam-Black Betty.mp3 (3,868,800 bytes)
FileName: Southern Rock - Lynyrd Skynyrd - The Last Rebel.mp3 (6,527,354 bytes)
FileName: Thin Lizzy - Dancing In The Moonlight.mp3 (3,297,408 bytes)
FileName: Thin Lizzy - The Boys Are Back In Town.mp3 (4,295,136 bytes)
FileName: Thin Lizzy - Whiskey In The Jar.mp3 (5,527,680 bytes)
FileName: Stigmata.mp3 (6,312,064 bytes)
FileName: The 69 eyes - Still Waters Run Deep.mp3 (6,012,099 bytes)
FileName: The 69 Eyes - Betty Blue.mp3 (5,216,256 bytes)
FileName: The 69 Eyes - Brandon Lee.mp3 (3,342,129 bytes)
FileName: The 69 Eyes - Celtic moods(1).mp3 (4,323,328 bytes)
FileName: The 69 eyes - Devils.mp3 (7,360,395 bytes)
FileName: The 69 Eyes - Grey.mp3 (6,136,603 bytes)
FileName: the 69 eyes - HeavenHell.mp3 (3,541,624 bytes)
FileName: The 69 Eyes - Lay Down Your Arms Girl.mp3 (3,532,662 bytes)
FileName: The 69 eyes - Lost boys.mp3 (3,244,160 bytes)
FileName: The 69 Eyes - Misery.mp3 (3,978,725 bytes)
FileName: The 69 Eyes - Paris Kills - 05 Radical.mp3 (5,568,853 bytes)
FileName: the 69 eyes - paris kills - don't turn your back on fear.mp3 (5,397,443 bytes)
FileName: The 69 Eyes - Savage Garden - 02 Tang.mp3 (5,013,015 bytes)
FileName: The 69 Eyes - Savage Garden - 03 Smashed 'N' Trashed.mp3 (2,811,904 bytes)
FileName: The 69 Eyes - Savage Garden - 07 Motor City Resurrection.mp3 (5,673,182 bytes)
FileName: The 69 Eyes - Savage Garden - 11 Always.mp3 (2,683,384 bytes)
FileName: The 69 Eyes - Turbobitch.mp3 (3,400,681 bytes)
FileName: The 69 Eyes -Feel Berlin.mp3 (7,455,261 bytes)
FileName: The 69 Eyes -Gothic Girl.mp3 (4,389,663 bytes)
FileName: 08-turbonegro_-_if_you_see_kaye-sms.mp3 (3,598,058 bytes)
FileName: 09-turbonegro_-_stay_free-sms.mp3 (4,804,102 bytes)
FileName: Turbo Negro - Don't Say Motherfucker, Motherfucker.mp3 (2,087,296 bytes)
FileName: Turbo Negro - Turbonegro Hate the Kids.mp3 (2,950,083 bytes)
FileName: Turboneger - Rendezvous With Anus.mP3 (1,680,588 bytes)

FileName: Turbonegro - All My Friends Are Dead.mp3 (3,231,894 bytes)
FileName: turbonegro - Bad Mongo.mp3 (2,433,358 bytes)
FileName: Turbonegro - City Of Satan.mp3 (6,873,476 bytes)
FileName: Turbonegro - Denim Deamon.mp3 (2,106,642 bytes)
FileName: Turbonegro - Don't Say Motherfucker Motherfucker.mp3 (2,086,912 bytes)
FileName: Turbonegro - Fuck The World.mp3 (6,058,164 bytes)
FileName: Turbonegro - Get It On.mp3 (3,964,928 bytes)
FileName: Turbonegro - Gimme Some.mp3 (4,597,940 bytes)
FileName: Turbonegro - High on the crime.mp3 (4,160,814 bytes)
FileName: Turbonegro - Le Saboteur.mp3 (4,235,430 bytes)
FileName: Turbonegro - Party Animals - 03 - blow me (like the wind).mp3 (3,959,229 bytes)
FileName: Turbonegro - Party Animals - 05 - death from above.mp3 (3,736,910 bytes)
FileName: Turbonegro - Party Animals - 06 - wasted again.mp3 (3,679,113 bytes)
FileName: Turbonegro - Party Animals - 09 - stay free.mp3 (4,804,731 bytes)
FileName: Turbonegro - Party Animals - 10 - babylon_forever-sms.mp3 (4,723,776 bytes)
FileName: Turbonegro - Party Animals - 11 - hot stuff hot shit.mp3 (5,062,826 bytes)
FileName: Turbonegro - People Are Garbage.mp3 (2,747,128 bytes)
FileName: Turbonegro - Prince Of The Rodeo.mp3 (4,587,648 bytes)
FileName: Turbonegro - Punk Pals.mp3 (1,323,558 bytes)
FileName: Turbonegro - Ride With Us.mp3 (8,787,489 bytes)
FileName: Turbonegro - Sailor Man.mp3 (1,931,264 bytes)
FileName: Turbonegro - Sell Your Body.mp3 (8,628,063 bytes)
FileName: Turbonegro - Turbonegro Must Be Destroyed.mp3 (3,044,215 bytes)
FileName: Black Sabbath - Children Of The Grave.mp3 (5,076,242 bytes)
FileName: Ozzy - Gets Me Through.mp3 (4,880,384 bytes)
FileName: ozzy osbourne - breaking all the rules.mp3 (5,004,644 bytes)
FileName: Rob white zombie - Astrocreep 2000 - Devil man.mp3 (3,049,472 bytes)
FileName: Rob White Zombie - I'm Your Boogie Man (techno remix).mp3 (5,779,456 bytes)
FileName: Rob Zombie - Meet The Creeper.mp3 (3,085,762 bytes)
FileName: Rob Zombie - Dragula.mp3 (3,566,151 bytes)
FileName: Rob Zombie - More Human Than Human.mp3 (4,271,541 bytes)
FileName: Rob(White)Zombie - Superbeast.mp3 (3,523,936 bytes)
FileName: Rob-White Zombie - Living Dead Girl.mp3 (3,215,161 bytes)
FileName: White Zombie - Black Sunshine.mp3 (4,605,852 bytes)
FileName: White Zombie - Children of the Grave.mp3 (5,549,790 bytes)
FileName: White Zombie - Thunderkiss '65.mp3 (4,130,400 bytes)
FileName: ZZ Top - Beer Drinkers & Hell Raisers.mp3 (3,311,618 bytes)
FileName: ZZ Top - Blue Jeans Blues.mp3 (4,541,127 bytes)
FileName: ZZ Top - Give Me all Your Lovin'.mp3 (3,835,321 bytes)
FileName: ZZ Top - Heard It On The X.mp3 (2,354,168 bytes)
FileName: ZZ Top - I Thank You.mp3 (3,285,705 bytes)
FileName: ZZ Top - Rough Boy.mp3 (4,634,826 bytes)
FileName: ZZ Top - Sharp Dressed Man.mp3 (4,042,904 bytes)
FileName: ZZ Top - Tube Snake Boogie.mp3 (5,786,672 bytes)
FileName: ZZ Top - Tush.mp3 (2,203,743 bytes)
FileName: ZZ Top - Viva Las Vegas.mp3 (4,616,192 bytes)
FileName: ZZ Top ~ I'm Bad I'm Nationwide.mp3 (4,587,520 bytes)
FileName: ZZ Top--Just Got Paid.mp3 (4,288,426 bytes)
FileName: ZZ Topp - Pearl Necklace.mp3 (3,928,448 bytes)
FileName: Zztop - La Grange.mp3 (3,426,562 bytes)
FileName: ZZTop - My Heads in Mississippi.mp3 (4,154,224 bytes)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
PROVIDENCE DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | CIVIL ACTION FILE |
| Plaintiffs, | No. ____________________ |
| v. | |
| TINA CARROLL, | |
| Defendant. | |

**CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below parent corporations as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Respectfully submitted,

DATED: May 23, 2006

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and BMG MUSIC