**UNITED STATES DISTRICT COURT**
For the District of Rhode Island

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITAL RECORDS, INC., a Delaware corporation UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership

Plaintiffs

v.

CIVIL ACTON FILE

TINA CARROLL,

**NO.06 00240 S**

Defendant

I hereby enter my appearance for the above referenced defendant, Tina Carroll.

Respectfully Submitted,,
**CLAUDE LEFEBVRE & CHRISTOPHER LEFEBVRE, P.C.**

Marc D. Lefebvre, Esq.
2 Dexter Street, P.O. Box 479
Pawtucket, RI 02860
401.728.6060/6534
RIB#6447

Dated: 6-28-06