**UNITED STATES DISTRICT COURT**
For the District of Rhode Island

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITAL RECORDS, INC., a Delaware corporation UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership

Plaintiffs

v.

CIVIL ACTON FILE

TINA CARROLL,

**NO.06 00240 S**

Defendant

## ANSWER

The defendant, Tina Carroll, Answer plaintiffs' complaint as follows:

### Complaint for Copyright Infringement

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

3. The defendant is without knowledge or information sufficient to form a belief as to the truth as to all other averments.

### Parties

4. The defendant repeats and incorporates its response to the plaintiffs' complaint paragraph 1 through 3.

5. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

7. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

8. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

9. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

10. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

**Count 1**
**Infringement of Copyrights**

11. The defendant repeats and incorporates its responses herein to the plaintiffs' complaint paragraphs 1 through 10.

12. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

13. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

14. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

15. Denied.

16. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

17. The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.

18. Denied.

19. Denied.

**First Defense**

The defendant says that the complaint fails to state a claim upon which relief may be granted.

**Second Defense**

The defendant says that if plaintiffs sustained damages as alleged in the complaint, they were caused by acts of a third person, of which defendant had no knowledge.

**Third Defense**

The defendant says that if the plaintiff was injured as alleged, the plaintiffs' injuries were not caused by defendant or her agent.

**Fourth Defense**

The defendant says that venue is improper based the plaintiffs' designation of court.

**WHEREFORE**, defendant prays that this Court enter judgement for the defendant, dismissing plaintiffs' claim, award the defendant costs, expenses and attorneys' fees and grant such further relief as the Court may deem just.

**Jury Demand**

Defendant hereby demands a jury trial as to all triable issues of right and designate.

TINA CARROLL,
By her attorneys,
**CLAUDE LEFEBVRE & CHRISTOPHER LEFEBVRE, P.C.**

Marc D. Lefebvre, Esq.#6447
2 Dexter Street, P.O. Box 479
Pawtucket, RI 02860
401.728.6060/6534

Dated: 6/28/06

**CERTIFICATION**

I hereby certify that I served defendant's Answer on plaintiffs by mailing a copy of the same to plaintiffs' counsel, James E. O'Neil, Esq. at his offices The Meadows, Suite A103, 1130 Ten Rod Road, North Kingston, RI 02852 on this 28th day of June 2006.

____________________ Dated: 6-28-06