**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | Civil No. CA 06-240S |
| Plaintiffs, | Judge William E. Smith |
| v. | |
| TINA CARROLL, | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND ALL DEADLINES BY 90 DAYS**

Plaintiffs Elektra Entertainment Group, Inc., Warner Bros. Records, Inc., Capitol Records, Inc., UMG Recordings, Inc. and BMG Music (collectively "Plaintiffs"), by and through their undersigned attorneys, respectfully request the Court extend all deadlines in this case by 90 days. In support thereof, the parties state the following:

1. Pursuant to this Court's Scheduling Order of August 2, 2006, the deadline for fact discovery was October 31, 2006. Dispositive motions are due November 14, 2006. No trial date has been set.

2. Pursuant to Fed. R. Civ. P. 16(b), this Court may modify its scheduling order upon a showing of good cause. Plaintiffs respectfully submit that good cause exists in this case. The parties have been negotiating in good faith since shortly after discovery began, including an exchange of letters with this Court. Both counsel and the parties have been involved in these negotiations. As part of those negotiations, the parties have not pursued discovery, believing that

time was more efficiently spent on negotiating a settlement. Thus, little discovery has occurred. Plaintiffs served discovery on August 8, 2006 and provided their expert report on August 28, 2006. Defendant has not yet responded.

3. Plaintiffs believe that 90 days will provide them with sufficient time to either resolve the dispute and/or complete discovery.

4. Plaintiffs also respectfully submit that good cause exists for the late filing of this motion. Prior to the discovery deadline, counsel for the parties agreed to extend all deadlines by 90 days. On October 31, 2006, Plaintiffs then sent defense counsel a draft of the stipulation for counsel's signature. To date, defense counsel has not responded. Plaintiffs have attempted to follow-up with counsel via both email and phone, but have not been successful.

THEREFORE, Plaintiffs respectfully request this Court extend all deadlines in this case by 90 days.

A proposed order is attached for the convenience of the Court.

Respectfully submitted this 13th Day of November, 2006,

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | Civil No. CA 06-240S |
| Plaintiffs, | Judge William E. Smith |
| v. | |
| TINA CARROLL, | |
| Defendant. | |

**ORDER**

UPON CONSIDERATION of the Plaintiffs' Unopposed Motion to Extend All Deadline By 90 Days, and the Court being duly informed thereabout, Plaintiffs' motion is hereby GRANTED.

IT IS FURTHER ORDERED:

1. The discovery deadline is January 30, 2006.

2. The dispositive motion deadline is February 15, 2007

3. Counsel shall present to the court within 30 days after a decision on any dispositive motions, or if no dispositive motion is filed, 30 days after the close of discovery, January 30, 2007, a type-written memorandum which shall contain all the elements laid out in this Court's Scheduling Order of August 2, 2006.

4. All other instructions from this Court's order of August 2, 2006 remain in effect.

IT IS SO ORDERED.

Dated: ____________________________

____________________________
William E. Smith
United States District Court