UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,

Plaintiffs,

v.

TINA CARROLL,

Defendant.

Civil No. CA 06-240S

Judge William E. Smith

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs ELEKTRA ENTERTAINMENT GROUP, *et al.*, and Defendant Tina Carroll, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

Respectfully submitted this 15th day of February, 2007.

/s/James E. O'Neil, Esq

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

Marc Lefebrvre
CLAUDE LEFEBVRE &
CHRISTOPHER LEFEBVRE, P.C.
2 Dexter Street, P.O. Box 479
Pawtucket, RI 02860
State Bar No. 04417
Telephone: (401)728-6060
Facsimile: (401)728-6534

Attorneys for Defendant